AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

| UNITED STATES OF AMERICA<br>V.<br><br>TRENT MILLER<br>23 Hooker Street<br>Alston, MA    02134<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    97-10194-JLT |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>UNITED STATES DISTRICT COURT<br>1 Courthouse Way<br>Boston, MA 02210 | Room<br>20, 7th Floor |
|---|---|
| | Date and Time<br>4/01/2004 11:30a.m. |
| Before:    Judge Joseph Tauro | |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    x Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

_____         March 24, 2004
Signature of Issuing Officer                              Date

ZITA LOVETT, Deputy Clerk
Name and Title of Issuing Officer